[No. 12681–8–II.   Division Two.   November 29, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. EMERSON
CURLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 88–1–00273–1, David E. Foscue, J.,
entered March 14, 1989. *Affirmed* by unpublished opinion
per Reed, J. Pro Tem., concurred in by Alexander, C.J., and
Petrich, J.

[No. 10018–9–III.   Division Three.   November 29, 1990.]

DAVID K. CROSSLAND, *as Guardian ad Litem*, ET AL,
*Appellants*, v. LESTER W. ROY, ET AL,
*Defendants*, YAKIMA COUNTY,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 86–2–01205–1, Heather Van Nuys, J.,
entered April 20, 1989. *Affirmed* by unpublished opinion
per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 24315–2–I.   Division One.   December 3, 1990.]

OMAR T. ZEIDAN, *Appellant*, v. JOHN DOE SCHAFER,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 86–2–17213–1, Norman W. Quinn, J., entered
May 18, 1988. *Affirmed* by unpublished opinion per Ringold, J. Pro Tem., concurred in by Coleman, C.J., and Webster, J.